IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VINCENT AARON McELVEEN                                                                    PLAINTIFF

v.                                          Case No. 1:14-cv-01039

LT. STEVEN FAULKNER                                                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed June 3, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Marschewski recommends Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with orders of the Court and to otherwise prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, the Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge